## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

                                                      SENTENCING GUIDELINE ORDER

-vs-

                                                     CASE NO. 10-CR-6038

DAVID R. RINERE,

                     Defendant.

_____

| | |
|---|---|
| ASSISTANT U.S. ATTORNEY | Marisa Miller |
| DEFENSE ATTORNEY | Mehmet Okay |
| INTERPRETER (YES or NO) | No |
| PLEA DATE | February 16, 2011 |
| SENTENCING DATE | June 7, 2011 at 2:30 p.m. |
| INITIAL PSR DUE | April 23, 2011<br>(45 DAYS PRIOR TO SENTENCING*) |
| STATEMENT OF PARTIES, AND OBJECTIONS (IF ANY), AND MOTIONS (IF ANY) DUE **(IF THERE ARE NO OBJECTIONS, COUNSEL ARE DIRECTED TO FILE A STATEMENT INDICATING THIS)** | May 14, 2011<br>(24 DAYS PRIOR TO SENTENCING*) |

| | |
|---|---|
| RESPONSES TO OBJECTIONS MOTIONS DUE | May 24, 2011 |
| | (14 DAYS PRIOR TO SENTENCING*) |
| 5K1.1 APPLICATION, IF ANY, DUE | May 28, 2011 |
| | (10 DAYS PRIOR TO SENTENCING*) |
| LETTERS OR SIMILAR SUBMISSIONS DUE | May 28, 2011 |
| | (10 DAYS PRIOR TO SENTENCING*) |
| FINAL PSR DUE | May 31, 2011 |
| | (7 DAYS PRIOR TO SENTENCING*) |

***This refers to the sentencing date originally set by the Court or if the Court grants an adjournment, the date to which sentencing has been adjourned. That is, whatever the sentencing date, the time requirements apply.  <u>ANY SUBMISSIONS NOT IN COMPLIANCE WITH THIS ORDER WILL NOT BE CONSIDERED.</u>***

NOTE:   MOTIONS FOR EXTENSION OF TIME ARE DUE TWO (2) BUSINESS DAYS PRIOR TO  ANY DEADLINE

NOTE:  IF ANY OF THE ABOVE DATES FALL ON A HOLIDAY OR DAY WHEN THE CLERK'S OFFICE IS CLOSED, THE DUE DATE IS THE NEXT BUSINESS DAY

   IT IS SO ORDERED.

Dated:   Rochester, New York
         February 16, 2011

                              ENTER:


                              /s/ Charles J. Siragusa
                              CHARLES J.  SIRAGUSA
                              United States District Judge