IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA

|  | REVISED STATEMENT OF PARTIES WITH RESPECT TO SENTENCING FACTORS PURSUANT TO USSG SECTION 6A1.2 **(Revisions in Bold Face)** |
|---|---|
| -V- | **Case No.  6:10-CR-06038-001** |
|  | **Hon. Charles J. Siragusa**<br>**United States District Judge** |
| DAVID R. RINERE,<br><br>    Defendant |  |

PLEASE TAKE NOTICE, that the defendant herein hereby adopts the findings of the

6 October 2011 Pre-Sentence Report (hereinafter PSR) with respect to the sentencing factors

that are present in this action with the following additions and corrections:

1. Page 2 - Relative to Identifying Data, the defendant notes that he also has scars on his legs and on his back;

2. Page 8 - Relative to Paragraph 37 of the PSR, the defense objects to the application of the two (2) level increase of United States Sentencing Guideline (USSG) 2G2.1(b)(3) consistent with the provisions of Paragraph 11 of the 16 February 2011 Plea Agreement.

- Relative to Paragraph 37 of the PSR, the defense notes that the factual basis in the Plea Agreement does not feature language describing a transfer of images from the cellular telephone of the defendant to a computer in connection with the offense of conviction, the stipulated offense pursuant to USSG Section 1B1.2(a), or as relevant conduct;

- **Relative to Paragraph 37 of the PSR, the defendant denies that he was ever sexually involved with the minor victim**

2(a) Page 13 - **Relative to Paragraph 61 of the PSR, the defendant denies vaginal, anal, oral and digital intercourse with the minor victim.**

-2-

3.      Page 15 -      Relative to Paragraph 81 of the PSR (**Mental and Emotional
                       Health**), the defendant notes that he has been a mental health
                       in-patient in a dual diagnosis treatment facility at least six (6)
                       or seven (7) times since the age of 15 for mental disorders
                       including anorexia and bulimia.

        -              The defense notes that the list of agencies set forth in
                       Paragraph 81 of the PSR is not a complete listing of the
                       agencies the defendant has interacted with in his life.

        -              The defense further notes the claim of the defendant that
                       he has been diagnosed as a paranoid/schizophrenic at least
                       four (4) times in his life;

4.      Page 16 -      Relative to Paragraph 83 of the PSR (**Substance Abuse**), the
                       defendant notes that he has participated in eighteen
                       (18) drug rehabilitation programs, and twenty-one (21) drug
                       detoxification programs since the age of 18.

        -              The defense notes that the list of substances set forth in
                       Paragraph 83 of the PSR is incomplete, and should also
                       include LSD and heroin use on the part of the defendant as
                       well as the fact that he has been hospitalized for drug
                       overdoses in his life;

5.      Page 16 -      Relative to Paragraph 85 of the PSR (**Employment Record**),
                       the defendant notes that while he worked for Pinkerton
                       Security in Butler, PA he managed 150 employees at fifteen
                       (15) job sites; and when he worked for Burger King in Butler,
                       PA he was the restaurant manager.

DATED:   November 17, 2011
         at Rochester, New York

                                           Respectfully submitted,

                                           The Okay Law Firm
                                           546 East Main Street
                                           Post Office Box 622
                                           Batavia, New York  14021-0622
                                           (585) 343-1515

                                           BY:  _M.·K·Cey_
                                                M. Kirk Okay
                                                *Counsel to David R. Rinere*

-3-

TO:     Hon. Charles J. Siragusa
        United States District Judge
        United States District Court
        Western District of New York
        United States Court House
        100 State Street
        Rochester, New York  14614

        Marisa J. Miller, Esq.
        Assistant United States Attorney
        620 Federal Building
        100 State Street
        Rochester, New York  14614

        David B. Spogen
        United States Probation Officer
        United States Probation
        100 State Street
        Rochester, New York  14614

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

THE UNITED STATES OF AMERICA

                                                                    AFFIRMATION OF SERVICE

-V-                                                                  Case No. 6:10-CR-06038-001

DAVID R. RINERE,

                        Appellant

_____

        Mehmet K. Okay, an attorney duly admitted to the practice of law in the
United States District Court for the Western District of New York, affirming under the
penalties of perjury declares to be true and states as follows:

        I am over the age of eighteen years and not a party to this action.  I reside in
Batavia, New York.  On the 21st day of NOVEMBER 2011 I served the annexed
**REVISED** STATEMENT OF PARTIES WITH RESPECT TO SENTENCING
FACTORS PURSUANT TO USSG SECTION 6A1.2 in the above-        styled and
numbered cause upon:

                        MARISA J. MILLER, ESQ.
                        ASSISTANT UNITED STATES ATTORNEY
                        620 FEDERAL BUILDING
                        100 STATE STREET
                        ROCHESTER, NEW YORK  14614     and upon

                        DAVID B. SPOGEN
                        UNITED STATES PROBATION OFFICER
                        UNITED STATES PROBATION
                        100 STATE STREET
                        ROCHESTER, NEW YORK  14614

by electronic means via the CM/ECF System.

DATED:   November 21, 2011
                 at Rochester, New York

                                            _____
                                            M. Kirk Okay
                                            *Counsel to David R. Rinere*

                                            The Okay Law Firm
                                            546 East Main Street
                                            Post Office Box 622
                                            Batavia, New York  14021-0622
                                            Telephone (585) 343-1515