Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court



Western District of New York

Caption:

USA v.

David R. Rinere

Docket No.: 6:10-CR-06038-001

Hon. Charles J. Siragusa
(District Court Judge)

Notice is hereby given that David R. Rinere appeals to the United States Court of Appeals for the Second Circuit from the judgment [X], other [ ]  Judgment and Conviction (specify) entered in this action on 30 Nov 2011 (date)

This appeal concerns: Conviction only [X]  Sentence only [X]  Conviction & Sentence [X]  Other [X]

Defendant found guilty by plea [✓] | trial [ ] | N/A [ ]

Offense occurred after November 1, 1987?  Yes [X] | No [ ]  N/A [ ]

Date of sentence: 21 Nov 2011  N/A [ ]

Bail/Jail Disposition: Committed [X]  Not committed [ ]  N/A [ ]

Appellant is represented by counsel? Yes [X] | No [ ]  If yes, provide the following information:

Defendant's Counsel: M. Kirk OKay
Counsel's Address: POB 622
Batavia, N.Y. 14021-0622
Counsel's Phone: (585) 343-1515

Assistant U.S. Attorney: Mavis J. Miller, Esq.
AUSA's Address: 500 Federal Building, 100 State Street
Rochester, N.Y. 14614
AUSA's Phone: (585) 263-6722

Signature